**Order filed March 13, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00756-CV**
**NO. 14-11-00757-CV**
**NO. 14-11-00758-CV**
**NO. 14-11-00759-CV**
_____

**NATHANIEL JONES, III, Appellant**

**V.**

**HOUSTON POLICE DEPARTMENT, ET AL, Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2010-50804, 2010-50601, 2010-50602, and 2010-50603**

---

## O R D E R

Appellant's brief was due **January 30, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **April 12, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Do Not Publish.